Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20–12349–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jacqueline Kourmoulis
    12 Lynn Court
    North Brunswick, NJ 08902

Social Security No.:
    xxx–xx–4623

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              4/14/20
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 24, 2020
JAN: pbf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 20-12349-MBK
Jacqueline Kourmoulis                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin               Page 1 of 1              Date Rcvd: Feb 24, 2020
                                 Form ID: 132               Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db              +Jacqueline Kourmoulis,   12 Lynn Court,   North Brunswick, NJ 08902-2700
518709657       +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
518709659       +Citicards Cbna,   Po Box 6217,   Sioux Falls, SD 57117-6217
518709660       +Citizens Bank Na,   480 Jefferson Blvd,   Warwick, RI 02886-1359
518709666       +Jpmcb Card,   Po Box 15369,   Wilmington, DE 19850-5369
518709667       +Macys/dsnb,   Po Box 8218,   Mason, OH 45040-8218
518709668       +Marriott Ownership Res,   1200 Bartow Rd Ste A,   Lakeland, FL 33801-5901
518709669       +New Jersey Division of Taxation,   P.O. Box 046,   Trenton, NJ 08646-0046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 00:26:08     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 00:26:04     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518709661       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 25 2020 00:25:50     Comenitybank/ny&co,
                  Po Box 182789,   Columbus, OH 43218-2789
518709662       +E-mail/Text: cashiering-administrationservices@flagstar.com Feb 25 2020 00:26:39
                  Flagstar Bank,   5151 Corporate Drive,   Troy, MI 48098-2639
518709664        E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 25 2020 00:25:25     Internal Revenue Service,
                  44 South Clinton Ave.,   Trenton, NJ 08601
518709670       +E-mail/Text: bankruptcyteam@quickenloans.com Feb 25 2020 00:26:26     Quicken Loans,
                  1050 Woodward Ave,   Detroit, MI 48226-1906
                                                                                        TOTAL: 6


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518709658        Capital One Bank Usa N
518709665*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   P.O. Box 9052,   Andover, MA 01810)
518709663*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                         TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          Yakov  Rudikh   on behalf of Debtor Jacqueline  Kourmoulis rudikhlawgroup@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                           TOTAL: 4