YAN RUDIKH, ESQ.
RUDIKH & ASSOCIATES
223 Highway 18
Suite 204
East Brunswick, New Jersey 08816
 (732) 659-6961
Attorney for Debtor: Jacqueline Kourmoulis

**Order Filed on October 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN THE MATTER OF:

Jacqueline Kourmoulis

JUDGE: Michael B. Kaplan
CASE NO.: 20-12349
CHAPTER:  13
HEARING DATE: October 28, 2020 at 9:00 am

402 East State Street
Trenton, N.J. 08608
Courtroom #8

Debtor

**ORDER**

ORAL ARGUMENTS WAIVED

ORDER TO BE RELIEVED AS DEBTOR'S COUNSEL

The relief set forth on the following pages numbered two (2) through (2) is hereby

ORDERED.

**DATED: October 28, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: JACQUELINE KOURMOULIS
Case No.: 20-12349
Caption of Order: TO BE RELIEVED AS DEBTOR'S COUNSEL

Upon the Motion of Yan Rudikh, Esq., attorney for the Debtor, Jacqueline Kourmoulis, for an Order to be Relieved as Debtor Counsel, and for good and sufficient cause shown,

It is hereby Ordered as follows:

1. Yan Rudikh, Esq., is hereby relieved as Debtor Counsel; and

2. Debtor's counsel shall serve this Order on the Trustee and any other party who entered an appearance on the Motion.