YAN RUDIKH, ESQ.
RUDIKH & ASSOCIATES
223 Highway 18
Suite 204
East Brunswick, New Jersey 08816
 (732) 659-6961
Attorney for Debtor: Jacqueline Kourmoulis

_____

**Order Filed on October 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN THE MATTER OF:

Jacqueline Kourmoulis

Debtor

_____

JUDGE: Michael B. Kaplan
CASE NO.: **20-12349**
CHAPTER: 13
HEARING DATE: October 28, 2020 at 9:00 am

402 East State Street
Trenton, N.J. 08608
Courtroom #8

**ORDER**

ORAL ARGUMENTS WAIVED

ORDER TO BE RELIEVED AS DEBTOR'S COUNSEL

The relief set forth on the following pages numbered two (2) through (2) is hereby

ORDERED.

**DATED: October 28, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:            JACQUELINE KOURMOULIS
Case No.:          20-12349
Caption of Order:  TO BE RELIEVED AS DEBTOR'S COUNSEL
_____

Upon the Motion of Yan Rudikh, Esq., attorney for the Debtor, Jacqueline Kourmoulis, for an Order to be Relieved as Debtor Counsel, and for good and sufficient cause shown,

It is hereby Ordered as follows:

1. Yan Rudikh, Esq., is hereby relieved as Debtor Counsel; and

2. Debtor's counsel shall serve this Order on the Trustee and any other party who entered an appearance on the Motion.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-12349-MBK
Jacqueline Kourmoulis  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1
Date Rcvd: Oct 28, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jacqueline Kourmoulis, 12 Lynn Court, North Brunswick, NJ 08902-2700 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Jacqueline Kourmoulis rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 5