**From:** Jacqueline Agosto <jackiek1020@gmail.com>
**Sent:** Thursday, December 3, 2020 3:02 PM
**To:** Alexandra Grant <Alexandra_Grant@njb.uscourts.gov>
**Subject:** 20-12349 Jacqueline Agosto-Kourmoulis

**CAUTION - EXTERNAL:**

Dear Judge Kaplan,

Please be advised that I would like to discontinue the Bankruptcy action and have the case dismissed. I have no desire to continue with this action.

Thank you all for your time and consideration.

Respectfully,


Jacqueline Agosto-Kourmoulis
12 Lynn Ct, North Brunswick Township, NJ 08902
646-469-8003
jackiek1020@gmail.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.