Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 20−12349−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline Kourmoulis
   12 Lynn Court
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−4623

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/3/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 3, 2020
JAN: wir

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-12349-MBK

Jacqueline Kourmoulis                                                                           Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                    Page 1 of 2

Date Rcvd: Dec 03, 2020               Form ID: 148               Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Kourmoulis, 12 Lynn Court, North Brunswick, NJ 08902-2700 |
| 518758374 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518709668 | + | Marriott Ownership Res, 1200 Bartow Rd Ste A, Lakeland, FL 33801-5901 |
| 518709669 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518755861 | | EDI: BECKLEE.COM | Dec 04 2020 02:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518709657 | + | EDI: AMEREXPR.COM | Dec 04 2020 02:33:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518709660 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 03 2020 22:03:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 518748649 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 03 2020 22:03:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 518757510 | + | EDI: AIS.COM | Dec 04 2020 02:33:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518709659 | + | EDI: CITICORP.COM | Dec 04 2020 02:33:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518709661 | + | EDI: WFNNB.COM | Dec 04 2020 02:33:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 518709667 | | EDI: CITICORP.COM | Dec 04 2020 02:33:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 518809868 | | EDI: Q3G.COM | Dec 04 2020 02:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518802722 | + | Email/Text: MVCIBL@VACATIONCLUB.COM | Dec 03 2020 22:05:00 | Edward M. Fitzgerald, c/o Marriott Ownership Resorts, Inc., Post Office Box 8038, Lakeland, FL 33802-8038 |
| 518709662 | + | Email/Text: cashiering-administrationservices@flagstar.com | Dec 03 2020 22:06:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518709664 | | EDI: IRS.COM | Dec 04 2020 02:33:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |

Case 20-12349-MBK    Doc 31    Filed 12/05/20    Entered 12/06/20 00:21:45    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 148 | Total Noticed: 24 |

| 518709666 | EDI: JPMORGANCHASE | Dec 04 2020 02:33:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
|---|---|---|---|
| 518802723 | + Email/Text: MVCIBL@VACATIONCLUB.COM | Dec 03 2020 22:05:00 | Marriott Ownership Resorts, Inc., Post Office Box 8038, Lakeland, FL 33802-8038 |
| 518802392 | EDI: Q3G.COM | Dec 04 2020 02:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518802389 | EDI: Q3G.COM | Dec 04 2020 02:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518709670 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 03 2020 22:06:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 518747625 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 03 2020 22:06:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518709658 | | Capital One Bank Usa N |
| 518709665 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 518709663 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4